DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HEIDI GERSTEN,**
Appellant,

v.

**MRH PROPERTIES, LLC,**
Appellee.

No. 4D2024-2692

[May 7, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ori F. Silver, Judge; L.T. Case No. 502021CC001777XXXXSB.

Heidi Gersten, Lantana, pro se.

Leslie W. Langbein of Langbein & Langbein, P.A., Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***